# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**935**

**CAF 13-00786**

PRESENT: SCUDDER, P.J., CENTRA, CARNI, LINDLEY, AND WHALEN, JJ.

---

IN THE MATTER OF JEREMY A. MCNEIL,
PETITIONER-APPELLANT,

V                                          MEMORANDUM AND ORDER

BETH L. DEERING, RESPONDENT-RESPONDENT.
(APPEAL NO. 2.)

---

CHARLES J. GREENBERG, AMHERST, FOR PETITIONER-APPELLANT.

KATHY L. QUENCER, ATTORNEY FOR THE CHILDREN, WATERTOWN.

-------------------------------------------------------------------------------

        Appeal from an amended order of the Family Court, Jefferson County (Peter A. Schwerzmann, A.J.), entered April 12, 2013 in a proceeding pursuant to Family Court Act article 6.  The amended order dismissed the petition.

        It is hereby ORDERED that the amended order so appealed from is unanimously affirmed without costs.

        Same Memorandum as in *Matter of McNeil v Deering* ([appeal No. 1] ___ AD3d ___ [Sept. 26, 2014]).

Entered:  September 26, 2014                    Frances E. Cafarell
                                               Clerk of the Court